377 A.2d 195

Lafayette Towers-Washington Court Apartments et al., Appellants, v. Post.
Lafayette Towers-Washington Court Apartments et al., Appellants, v. Post et ux.

Submitted December 10, 1976. Martin D. Cohen, for appellants; Elwood M. Malos and Edward Danser, for appellees.

Judgments affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.